**FILED**
August 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JUAN MADRIGAL RIZO, )<br>)<br>Defendant. ) | Case No. MAG. 08-0283 KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN MADRIGAL RIZO, Case No. MAG. 08-0283 KJM, Charge Title 21 USC §§ 846; 841 (a)(1); 843 (b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

X  Bail Posted in the Sum of $ *150,000*

    X  Unsecured Appearance Bond *co-signed by wife to be replaced by secured bond w/i 2 weeks*

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    X  (Other) *Pretrial Services Supervision of Conditions*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 15, 2008 at 3:30 pm.

By _____
Dale A. Drozd
United States Magistrate Judge