FILED
August 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. MAG. 08-0283 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JUAN MADRIGAL RIZO, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JUAN MADRIGAL RIZO, Case No. MAG. 08-0283 KJM, Charge Title 21 USC §§ 846; 841 (a)(1); 843 (b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _150,000_

  _X_   Unsecured Appearance Bond co-signed by wife to be replaced by secured bond w/i 2 weeks
  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond with Surety

  ___   Corporate Surety Bail Bond

  _X_   (Other)   _Pretrial Services Supervision of Conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 15, 2008 at 3:30 pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge